FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR SHANE SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>BATTELLE MEMORIAL NSTITUTE d/b/a PACIFIC NORTHWEST NATIONAL LABORATORY,<br><br>    Defendant. | NO: 4:24-CV-5087-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice. ECF No. 15. The parties agree that the case be dismissed with prejudice and with each party to bear its own costs and attorneys' fees. The Court has reviewed the record and files herein and is fully informed.

  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 15, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own costs and attorneys' fees.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 6, 2024.



THOMAS O. RICE
United States District Judge